UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| GARMAN GROUP, LLC, *et al.*, | ) | |
| Plaintiffs, | ) | Case No. 2:11-cv-00184-RLH-PAL |
| vs. | ) | **ORDER** |
| UNIVERSITY PIPELINE, *et al.*, | ) | (Mot for Recognition of Svc - Dkt. #21) |
| Defendants. | ) | |

Before the court is Plaintiffs' Motion for Recognition of Service on University Pipeline, Inc. and Tom Under, or in the Alternative, Motion to Enlarge Time for Service (Dkt. #21). Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. Defendants University Pipeline, Inc. and Tom Unger shall have until April 29, 2011, to file a response to the motion.
2. Plaintiff shall have until May 6, 2011, to file a reply.
3. A hearing on the motion is scheduled for **May 12, 2011, at 8:45 a.m.**

Dated this 20th day of April, 2011.

Peggy A. Leen
United States Magistrate Judge