AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Garman Group LLC and Ryan Garman
     Plaintiff (s),
   V.
University Pipeline, Inc, et al.
     Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:11-CV-03733-JCS

Notice is hereby given that, subject to approval by the court, __Garman Group LLC & Ryan Garman__ substitutes
(Party (s) Name)

__Douglas N. Akay__, State Bar No. __131011__ as counsel of record in
(Name of New Attorney)

place of __Eric R. Olsen and Kenneth E. Hogan__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name: AKAY SULL LLP
 Address: 180 Montgomery Street, Suite 2200, San Francisco, CA 94104
 Telephone: (415) 764-1999 Facsimile (415) 764-1994
 E-Mail (Optional): dnakay@akaylaw.com and hksull@akaylaw.com

I consent to the above substitution.
Date: October 27, 2011

_[signature]_
(Signature of Party (s))

I consent to being substituted.
Date: _____

_____
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10/28/11

_[signature]_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 11/4/11

_[signature — Judge Joseph C. Spero]_

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

Garman Group LLC and Ryan Garman
    Plaintiff (s),

V.

University Pipeline, Inc, et al.
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:11-CV-03733-JCS

Notice is hereby given that, subject to approval by the court, __Garman Group LLC & Ryan Garman__ substitutes
(Party (s) Name)

__Douglas N. Akay__, State Bar No. __131011__ as counsel of record in
(Name of New Attorney)

place of __Eric R. Olsen and Kenneth E. Hogan__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | AKAY SULL LLP |
| Address: | 180 Montgomery Street, Suite 2200, San Francisco, CA 94104 |
| Telephone: | (415) 764-1999     Facsimile (415) 764-1994 |
| E-Mail (Optional): | dnakay@akaylaw.com and hksull@akaylaw.com |

I consent to the above substitution.
Date: _____

_____
(Signature of Party (s))

I consent to being substituted.
Date: __October 27, 2011__

_KENNETH E. HOGAN_ /s/
_____
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: _____

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]