1  **AKAY SULL LLP**
**DOUGLAS N. AKAY, State Bar #131011**
2  **HARJIT K. SULL, State Bar #238458**
333 Bush Street, Suite 2250
3  San Francisco, California 94104
(415) 764-1999 (telephone)
4  (415) 764-1994 (facsimile)
dnakay@akaylaw.com
5
Attorneys for
6  GARMAN GROUP, LLC and RYAN GARMAN

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

11  GARMAN GROUP, LLC, a Nevada limited          No.11-CV-03733-JCS
liability company, and RYAN GARMAN, an
12  individual,                                  **STIPULATION AND [PROPOSED]**
**ORDER RE: PLAINTIFFS' MOTION TO**
13       Plaintiff,                              **DISMISS WITHOUT PREJUDICE**
**PURSUANT TO RULE 41(a)**
14       v.

15  UNIVERSITY PIPELINE, INC., a Delaware
corporation, TOM UNGER, an individual, and
16  DOES I through X, inclusive, and ROE entities
I through X, inclusive,
17
       Defendants.
18  _____

19

20       Pursuant to Northern District Local Rule 7-12, Plaintiffs Garman Group, LLC and Ryan

21  Graman ("Plaintiffs"), and Defendant Tom Unger ("Defendant"), through their respective counsel,

22  respectfully submit this Stipulation and Proposed Order on Plaintiff's Motion to Dismiss Without

23  Prejudice.

24                          **RECITALS**

25       1.    Plaintiffs filed the Complaint on December 10, 2010, in the District Court of

26  Nevada, against University Pipeline, Inc., and Tom Unger for breach of contract, breach of

27  covenants of good faith and fair dealing, tortious breach of covenant of good faith and fair dealing,

28  breach of fiduciary, fraud, and unjust enrichment.

*(sidebar)* **AKAY SULL LLP**
333 BUSH STREET, SUITE 2250
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 764-1999

1    2.    On February 2, 2011, Defendant Unger filed a Notice of Removal of Action, under

2  28 USC §§1332, 1441, 1446, from Nevada District Court to the United States District Court for

3  Nevada.

4    3.    On February 9, 2011, Defendant Unger filed a Motion to Dismiss for Lack of

5  Personal Jurisdiction, or in the Alterative, Transfer Venue, which the Court granted in part on July

6  22, 2011, and issued an order transferring venue to the Northern District of California.

7    4.    On January 26, 2012, Plaintiffs filed a Motion to Dismiss Without Prejudice

8  pursuant to Rule 41(a), to dismiss the action against Defendant Unger.  Concurrently, Plaintiffs

9  filed a Notice of Voluntary Dismissal Without Prejudice as to University Pipeline, Inc.

10    5.    On March 30, 2012, the Court conditionally granted the Motion to Dismiss Without

11  Prejudice, subject to payment of reasonable attorneys fees incurred by Defendant Unger in

12  connection with the Motion to Transfer Venue only.

13    6.    On April 6, 2012, Defendant's counsel filed a declaration requesting attorneys fees

14  in the amount of $14,339.20, for the amount claimed Defendant Unger incurred in connection with

15  the Motion to Transfer Venue only.

16    7.    On April 20, 2012, Plaintiffs' counsel filed a declaration seeking to tax portions of

17  the attorneys fees claimed to have been incurred by Defendant Unger, to wit, Plaintiffs requested

18  the Court reduce Defendant's attorneys fees to an amount no greater than $10,813.

19                                **STIPULATION**

20    Based on the foregoing Recitals, and subject to this Court's approval, Plaintiffs and

21  Defendant agree and stipulate as follows:

22    1.    For purposes of granting the Motion to Dismiss without Prejudice, subject to

23  payment of reasonable attorneys fees incurred by Defendant in filing the Motion to Transfer

24  Venue only, the parties stipulate the reasonable attorneys fees incurred by Defendant Unger is

25  $11,250.

26    2.    The attorneys fees of $11,250 shall be paid within ten (10) days of the date of entry

27  of this Order in a check made payable to "Futterman Dupree Dodd Croley Maier LLP".

28    3.    The instant action shall be dismissed without prejudice upon delivery of said

**AKAY SULL LLP**
333 BUSH STREET, SUITE 2250
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 764-1999

1  attorneys fees to Defendant's counsel, Daniel A. Croley, at Futterman Dupree Dodd Croley Maier

2  LLP at 180 Sansome Street, 17th Floor, San Francisco, CA 94104

3        IT SO STIPULATED.

4  Dated:  April 24, 2012                    FUTTERMAN DUPREE DODD CROLEY MAIER
                                             LLP
5

6                           By:   /s/ Daniel A. Croley
                                 DANIEL A. CROLEY
7                                Attorneys for Defendant,
                                 Tom Unger
8

9  Dated:  April 24, 2012                    AKAY SULL LLP
10

11                          By:   /s/ Douglas N. Akay
12                               DOUGLAS N. AKAY
                                 Attorneys for Plaintiffs,
13                               Garman Group, LLC and Ryan Garman

14

15                                   **ORDER**

16  PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED THAT:

17        1.      Within ten (10) days of entry of this Order, Plaintiffs Garman Group, LLC and

18  Ryan Garman, deliver $11,250 for attorney's fees to Defendant Tom Unger's counsel, Daniel A.

19  Croley at the law offices of Futterman Dupree Dodd Croley Maier LLP.

20        2.      If not advised otherwise by Defendant Unger's counsel that payment has not been

21  received, after the passage of twenty (20) days of the entry of this Order, the Court shall dismiss

22  the instant action without prejudice.

23        PURSUANT TO STIPULATION, IT IS SO ORDERED.

24

25  Dated: April _25__, 2012               By:_____
                                           Hon. Joseph C. Spero
26                                         United States Magistrate Judge

27

28

AKAY SULL LLP
333 BUSH STREET, SUITE 2250
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 764-1999